**Emmanuel C. GONZALEZ, Plaintiff-Appellant**

v.

**NEW LIFE VENTURES, INC., Defendant-Cross-Appellant**

**2016-2622**
**2017-1092**

United States Court of Appeals, Federal Circuit.

August 21, 2017

MICHAEL SCOTT FULLER, Locke Lord LLP, Dallas, TX, argued for plaintiff-appellant. Also represented by PAUL DONSY LEIN.

NICHOLAS A. BROWN, Greenberg Traurig LLP, San Francisco, CA, argued for defendant-cross appellant.

(Newman, O'Malley, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**